**STATE OF MONTANA,**
    **Plaintiff,**                    **CAUSE NO. DC-11-289**
-vs-                           **APPLICATION DISMISSED**
**MICHELLE COLLER GABLE,**     **WITHOUT PREJUDICE**
    **Defendant.**

On March 1, 2013, for the felony offense of Count I: Deliberate Homicide (of Sunday Cooley Bennett), the Defendant was sentenced to the Montana Women's Prison for one hundred (100) years. For the felony offense of Count II: Deliberate Homicide (of Joseph Andrew Gable), the Defendant was sentenced to the Montana Women's Prison for one hundred (100) years. The sentence imposed for Count II was ordered to run consecutively to the sentence imposed for Count I.

On April 8, 2016, Defendant's Application for review of that sentence was scheduled to be heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division") at the Montana Women's Prison in Billings, Montana.

Defendant was present and was represented by Peter Ohman of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, Defense Counsel informed the Division that the Defendant was planning to file for post-conviction relief. The Division advised the Defendant and her Counsel that it does not have the authority to review a sentence until it is final--after all appeals and post-conviction relief have been completed. Defendant was further advised that she may re-apply for sentence review sixty (60) days after her post-conviction relief was completed, including if her petition for PCR is denied. Peter Ohman stated that he would not be the attorney filing for post-conviction relief and that the Defendant was proceeding pro-se.

Therefore, it is the unanimous decision of the Division that Defendant's Application in this matter is DISMISSED WITHOUT PREJUDICE. Defendant may re-file her Application with the Lewis and Clark County Clerk of District Court within 60 days of the date of completion of all Montana State post-conviction proceedings, in accordance with Rule 2, Rules of the Sentence Review Division of the Montana Supreme Court.

Done in open Court this 8th day of April, 2016.

DATED this 3rd day of May, 2016.

Hon. Brenda Gilbert, Chairperson, Hon. Brad Newman, Member and Hon. Russell Fagg, Alternate Member.

## Montana First Judicial District Court.
### County of Lewis and Clark.

**STATE OF MONTANA,**
    **Plaintiff,**                    **CAUSE NO. DC-12-050**
-vs-                           **DECISION**
**KRISTY LYNN JACQUES,**
    **Defendant.**

On October 25, 2012, the Defendant was sentenced to a deferred sentence of three (3) years for the offense of Criminal Possession of Dangerous Drugs (Methamphetamine), a felony, in violation of §45-9-102. The Defendant was ordered to pay a fine of $500 to the Missouri River Task Force.

On September 24, 2015, the Defendant's deferred sentence was revoked due to violations of conditions and she was sentenced to a commitment of five (5) years to the Department of Corrections for the offense of Count I: Criminal Possession of Dangerous Drugs (Methamphetamine), a Felony. The Court recommended the Defendant be placed in Elkhorn Treatment Facility, followed by Pre Release. All previously imposed conditions of Defendant's sentence were ordered to remain in full force and effect.

On April 8, 2016, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant appeared by video conferencing from the Elkhorn Treatment Center via the Jefferson County courthouse's Vision Net. She was represented by Peter Ohman of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

It is the unanimous decision of the Division that the sentence imposed is clearly excessive. The Division's decision is to amend the Judgment to **DECREASE the sentence to three (3) years to the Department of Corrections with no years suspended.** The reason for decreasing the sentence is that the Defendant initially received a three (3) year deferred sentence and at her revocation, received five (5) years, which is the maximum sentence for this offense. The record and Order Revoking Defendant's Deferred Sentence and Amended Judgment and Commitment do not provide any reasons for imposing the maximum sentence.

Done in open Court this 8th day of April, 2016.

DATED this 3rd day of May, 2016.

Hon. Brenda Gilbert, Chairperson, Hon. Kathy Seeley, Member and Hon. Brad Newman, Member.

**Montana Fourth Judicial District Court.**
**County of Missoula.**

STATE OF MONTANA,
    Plaintiff,                           **CAUSE NO. DC-09-625**
-vs-                                   **DECISION**